John J. Talton, Chapter 13 Trustee  Check No. 826101
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11407 | 102-0 | ROY LEE MALVEAUX | 4545 | 3,007.19 | 248.20 | 0.00 | 248.20 |
| | | Original Check written to: <br> EDUCATIONAL CREDIT MANAGEMENT <br> P O BOX 8809 <br> RICHMOND, VA 23225 | | | | | |
| 07-10495 | 027-0 | DENNIS W. ALEXANDER | | 0.00 | 380.07 | 0.00 | 380.07 |
| | | Original Check written to: <br> DENNIS W. ALEXANDER <br> 3260 WILLOWOOD DR <br> BEAUMONT, TX 77703 | | | | | |
| 07-90315 | 030-0 | DAVID E SCHAEFFER | xxx7402 | 650.33 | 26.04 | 0.00 | 26.04 |
| | | Original Check written to: <br> TEXAS STATE BANK <br> 700 CALDER AVENUE <br> P O BOX 26016 <br> BEAUMONT, TX 77720-6016 | | | | | |
| 08-90023 | 002-0 | DENNIS W NEUKIRCH | | 907.75 | 0.00 | 15.30 | 15.30 |
| | | Original Check written to: <br> ADV CONSULTANTS OF HUNTSVILLE <br> P O BOX 1434 <br> TJD FINANCIAL SERVICES, INC. <br> HUNTSVILLE, TX 77342- | | | | | |